| | | |
|---|---|---|
| CHARLES PATENAUDE, II<br>830 Argonne Drive Apt. G<br>Baltimore, MD 21218 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff, | * | FOR |
| vs. | * | BALTIMORE COUNTY |
| JOSE A LEON CAMO<br>11090 Gateway Blvd E.<br>El Paso, TX 79927 | * | Case No.: |
| | * | |
| And | * | |
| TFA LOGISTICS<br>10448 Dow Gil Road<br>Ashland, VA 23005 | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**COMPLAINT AND DEMAND FOR JURY TRIAL**

The Plaintiff, Charles Patenaude II ("Plaintiff"), by and through his attorneys, Howard A. Miliman, Esquire, Mandy L. Miliman, Esquire, and D'Alesandro & Miliman, P.A., files this Complaint and Demand for Jury Trial against the Defendants in the above-captioned case, and in support thereof, states as follows:

1. On or around May 29, 2025, Plaintiff was the driver of a motor vehicle traveling on I-95 South near its intersection with I-195, both public roadways in Baltimore County, Maryland.
2. At the same time and place above-mentioned, Defendant Jose Leon Camo, who was the permissive driver of a tractor trailer owned by Defendant TFA logistics, and who was acting as the agent/employee of Defendant TFA Logistics, was merging onto I-95 South,

when, without warning, Defendant Camo merged directly into Plaintiff's vehicle, causing a collision.

3. The aforementioned incident was due to the negligence of the Defendant(s) in the following respects:
   a. In violating the traffic laws of Maryland by failing to slow down and stop;
   b. In failing to maintain a proper and sufficient lookout for vehicles and their occupants lawfully proceeding in the public roadway;
   c. In failing to maintain the vehicle under proper and sufficient control;
   d. In operating the vehicle in a careless and reckless manner;
   e. In operating the vehicle at an excessive and unreasonable rate of speed in the circumstances then and there existing;
   f. In failing to observe due precautions for the safety of other vehicles and their occupants upon the public roadways; and
   g. In other respects, not now known to Plaintiff, but which may become known prior to or at the time of trial.
4. As a direct and proximate cause of the negligence of the Defendants, and of the ensuing collision of the aforementioned vehicles, Plaintiff sustained bodily injury and emotional distress.
5. Plaintiff still suffers great physical pain and mental anguish.
6. The Plaintiff, as a consequence of the aforementioned injuries and resulting infirmities:
   a. Required and will require extensive medical treatment by physicians and/or surgeons;
   b. Incurred and will incur expenses for hospital and medical treatment;

c. Lost considerable wages from employment and future earning capacity;

d. Was and is still unable to participate in usual sporting activities, and/or other hobbies; and

e. Incurred damages in other respects not now known to Plaintiff, but which may become known to Plaintiff prior to or at the time of trial.

7. Additionally, as a result of the aforementioned collision, the Plaintiff suffered inconvenience, damage to the motor vehicle, and other pecuniary losses.

8. Plaintiff further alleges that all the injuries, damages, and losses—past, present, and future—were caused solely by negligence of the Defendant(s), without any negligence or want of due care on the part of the Plaintiff contributing thereto.

WHEREFORE, suit is brought, and Plaintiff demands judgment in excess of Seventy-Five Thousand Dollars ($75,000.00).

*/s/ Howard A. Miliman*
Howard A. Miliman, Esquire
AIS No. 8112010255
hmiliman@dmlawoffices.com

*/s/ Mandy L. Miliman*
Mandy L. Miliman, Esquire
AIS No. 1012150258
D'Alesandro & Miliman, P.A.
20 Crossroads Drive, Suite 16
Owings Mills, MD 21117
(410) 727-0114
mmiliman@dmlawoffices.com

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial on all issues raised herein.

*/s/ Howard A. Miliman*
Howard A. Miliman, Esquire
AIS No. 8112010255
hmiliman@dmlawoffices.com

*/s/ Mandy L. Miliman*
Mandy L. Miliman, Esquire
AIS No. 1012150258
D'Alesandro & Miliman, P.A.
20 Crossroads Drive, Suite 16
Owings Mills, MD 21117
(410) 727-0114
mmiliman@dmlawoffices.com